IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CR-42-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JASON ANTONIO BENNETT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's motion to continue his detention hearing. For good cause shown, and with no objection from the Government, Defendant's motion is **GRANTED**, and the detention hearing is continued from October 1, 2010 to **October 5, 2010 at 11:00 a.m.** in Raleigh, North Carolina.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This the 1st day of October, 2010.

DAVID W. DANIEL
United States Magistrate Judge