UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Criminal No. 2:10-CR-42-D
Civil No. 2:12-CV-20-D

JASON ANTONIO BENNETT,          )
                                )
            Petitioner,         )
                                )
      v.                        )          **ORDER**
                                )
UNITED STATES OF AMERICA,       )
                                )
            Respondent.         )

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules

Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the

United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255

Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion

to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 2⁵ day of April 2012.

JAMES C. DEVER III
Chief United States District Judge